UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:19-cv-01001-BJD-PDB

JANET HOYT,

Plaintiff,

v.

RBVH JACKSONVILLE LLC d/b/a SHERATON,

Defendant.
_____________________________________/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Akerman LLP – law firm representing RBVH Jacksonville LLE d/b/a Sheraton ("Defendant")
- Arlene K. Kline – attorney representing Defendant
- Melissa Torres – attorney representing Defendant
- RBVH Jacksonville LLC d/b/a Sheraton – Defendant
- RBHV Jacksonville Holdings LLC – Parent Corporation of Defendant

- Janet Hoyt ("Plaintiff") – Plaintiff
- Weiss Law Group, P.A. – law firm representing Plaintiff
- Jason S. Weiss – attorney representing Plaintiff

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each alleged victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Janet Hoyt

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: October 7, 2019

Respectfully submitted,

By:/s/ *Arlene K. Kline*

ARLENE K. KLINE
Florida Bar No.: 104957
arlene.kline@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401

Main: (561) 653-5000
Fax: (561) 659-6313

*and*

MELISSA TORRES
Florida Bar No.: 1002646
Email: melissa.torres@akerman.com
**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, FL 33602
Main: (813) 223-7333
Fax: (813) 223-2837

*Counsel for Defendant, RBVH Jacksonville LLC d/b/a Sheraton*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 7, 2019, foregoing document is being served on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Arlene K. Kline*
ARLENE K. KLINE
Florida Bar No.: 104957

**SERVICE LIST**

***Janet Hoyt v. RBVH Jacksonville LLC d/b/a Sheraton***
***Case No.: 3:19-cv-01001-BJD-PDB***

**United States District Court, Middle District of Florida**
**Jacksonville Division**

Jason S. Weiss, Esq.
Weiss Law Group, P.A.
5531 N. University Drive, Suite 103
Coral Springs, Florida 33067
Telephone: (954) 573-2800
Facsimile: (954) 573-2798
Email: jason@jswlawyer.com

*Attorneys for Plaintiff*
*Served via CM/ECF*